IU

Complaint

RECEIVED

AUG 21 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I need Help on this Problem

Soon as Possible with my

Life in my Personal Life to in

my Family Life to need Help on

Life to in my Royal Life in my

King To King Life to in my Jesus

Christ Life to my Person Privacy

Than Broken need my civil right

has been Broken need Help with

body Life to I need to take this

to Court Soon as Possible.

Shawn Sompson

8-22-24 7/7/23

1:24-cv-07521
Judge Joan B. Gottschall
Magistrate Judge Keri L. Holleb Hotaling
RANDOM CAT 1

#2

I want everything mine in $500,000 in I that the court beside the Rest. in all my Body giro things at go with it.

Shaun W. Simpson

8/22/24

*Shaun. D. Sampson*

190

|                         |   | **United States District Court** |
|                         | ) | **Northern District of Illinois** |
| Plaintiff               | ) |                                  |
|                         | ) |                                  |
| v.                      | ) |                                  |
|                         | ) |                                  |
|                         | ) |                                  |
| Defendant               | ) |                                  |

*States Illinois* **COMPLAINT**